# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

Nahla Tawdrous
**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

1. Taylor Henderson  2. Erin overall  3. Lonnette Alexander
4. Lisa Wright  5. Phyliis Vinson  6. Fritzpatrick Saint louis
7. Pinellas County Schools Superintendent
**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 8:21cv 2649 MSS - AAS
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.  The Parties to This Complaint**

   **A.  The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Nahla Tawdrous |
| Street Address | 2545 NE Coachman Rd. # 158 |
| City and County | Clearwater / Pinellas County |
| State and Zip Code | Florida / 33765 |
| Telephone Number | 7327894118 |
| E-mail Address | nahla73.zaki@ymail.com |

   **B.  The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

- Name: Mr. Taylor Henderson
- Job or Title (if known): Principal of Countryside high school
- Street Address: 3000 FL-580
- City and County: Clearwater / Pinellas
- State and Zip Code: Florida 33761
- Telephone Number: (727) 725 7956  #2005
- E-mail Address (if known): hendersont@pcsb.org

Defendant No. 2

- Name: Erin Overall
- Job or Title (if known): assistant principal
- Street Address: 3000 FL-580
- City and County: Clearwater / Pinellas
- State and Zip Code: Florida 33761
- Telephone Number: (727) 725 7956  #2016
- E-mail Address (if known): overalle@pcsb.org

Defendant No. 3

- Name: Lonnette Alexander
- Job or Title (if known): assistant principal
- Street Address: 3000 FL-580
- City and County: Clearwater / Pinellas
- State and Zip Code: Florida 33761
- Telephone Number: (727) 725 7956  #2015
- E-mail Address (if known): alexanderlo@pcsb.org

Defendant No. 4

- Name: Lisa Wright
- Job or Title (if known): behavior specialist
- Street Address: 3000 FL-580
- City and County: Clearwater / Pinellas
- State and Zip Code: Florida 33761
- Telephone Number: (727) 725 7956  #2057
- E-mail Address (if known): wrightlis@pcsb.org

Defendant No. 5

    Name: Phyliis Vinson
    Job or Title (if known): ESE MB Associate
    Street Address: 3000 Fl 580
    City and County: Clearwater / Pinellas
    State and Zip Code: Florida 33761
    Telephone Number: (727) 725 7956
    E-mail Address (if known): vinsonP@pcsb.org

Defendant No. 6

    Name: Fritzpatrick Saint Louis
    Job or Title (if known): AVID Teacher
    Street Address: 3000 Fl 580
    City and County: Clearwater / Pinellas
    State and Zip Code: Florida 33761
    Telephone Number: (727) 725 7956
    E-mail Address (if known): saintlouisF@pcsb.org

Defendant No. 7

    Name: Pinellas County Schools
    Job or Title (if known): Superintendent department
    Street Address: 301 4th St. SW
    City and County: Largo / Pinellas
    State and Zip Code: Florida 33770
    Telephone Number: (727) 588 6000
    E-mail Address (if known):

Defendant No. 4

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

C.   **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Pinellas County Schools district |
| Street Address | 301 4th St. SW |
| City and County | Largo / Pinellas |
| State and Zip Code | Florida 33770 |
| Telephone Number | (727) 588 6000 |

II.  **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*:
Abuse - Retaliation

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [x] Failure to hire me.
- [x] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [x] Other acts *(specify)*: _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
5/10/2021

C. I believe that defendant(s) *(check one)*:
- [ ] is/are still committing these acts against me.
- [x] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [x] race _____
- [x] color _____
- [ ] gender/sex _____
- [ ] religion _____
- [x] national origin _____
- [ ] age (year of birth) _____ (only when asserting a claim of age discrimination.)
- [ ] disability or perceived disability *(specify disability)* _____

E. The facts of my case are as follows. Attach additional pages if needed.

I attached charge of discrimination

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

8/17/2021

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.
☑ issued a Notice of Right to Sue letter, which I received on *(date)* 9/3/2021.

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

EEOC Form 161 (11/2020)      **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | **Nahla Tawdrous**<br>**2545 NE Coachman Road, Unit #158**<br>**Clearwater, FL 33765** | From: | **Tampa Field Office**<br>**501 East Polk Street**<br>**Room 1000**<br>**Tampa, FL 33602** |
|---|---|---|---|

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 511-2021-01834 | **Pedro A. Hernandez, Investigator** | (813) 710-9372 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Evangeline Hawthorne*   Digitally signed by Evangeline Hawthorne
Date: 2021.09.03 08:09:16 -04'00'

Enclosures(s)             **Evangeline Hawthorne,**           *(Date Issued)*
                          **Director**

cc:   **Laurie Dart, Staff Attorney**
      **The School Board of Pinellas County**
      **301 Fourth Street SW**
      **Largo, FL 33779**

Enclosure with EEOC
Form 161 (11/2020)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *issued* **to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – not 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>511-2021-01834 |
|---|---|---|

**FLORIDA COMMISSION ON HUMAN RELATIONS** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) MRS. NAHLA TAWDROUS | Home Phone (732) 789-4118 | Year of Birth 1973 |
|---|---|---|

Street Address: 2545 NE COACHMAN ROAD, UNIT #158, CLEARWATER, FL 33765

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name: PINELLAS COUNTY SCHOOL BOARD | No. Employees, Members: 15 - 100 | Phone No. (727) 588-6000 |
|---|---|---|

Street Address: 301 4TH STREET SW, LARGO, FL 33770

| Name: | No. Employees, Members: | Phone No. |
|---|---|---|

DISCRIMINATION BASED ON (Check appropriate box(es).)
☒ RACE ☒ COLOR ☐ SEX ☐ RELIGION ☒ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-01-2020   Latest: 05-15-2021
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I, Nahla Tawdrous (Egyptian, White) was employed by Pinellas County School Board (Countryside High School) from October 2019, to May 11, 2021, as a Paraprofessional. On December 16, 2020, Lisa Wright, Behavioral Specialist, reported me to Mr. Taylor Henderson, Principal, that I neglected Jerimiah Mary, because I was talking to my son during my break. I was working with Jerimiah Mary, a disabled boy, he is confined to a wheelchair and did not wear a mask for approximately seven (7) months, the school is aware that I have a bad medical history because I provided a doctor's note requesting not to work with Jerimiah Mary, however, I was still made to work with him. On February 3, 2021, arrived to school sick, he was sent home and had to quarantine for ten days at home, however, I was kept on schedule at the school for those ten days, no one told me had to have a COVID test when I was the only one who worked with Jerimiah one-on-one. I asked Ms. Alexander if Jerimiah had the COVID virus, she said; 'You're an adult and you're responsible for yourself.' On March 8, 2021, Ms. Alexander wrote a bad evaluation about me that included that I didn't follow my schedule, I spread negative gossip, I didn't cooperate with the specialists and I didn't trust

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Nahla Tawdrous
8/17/2021

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

| EEOC Form 5 (11/09) | | | |
|---|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>511-2021-01834 |
| **FLORIDA COMMISSION ON HUMAN RELATIONS** and EEOC | | | |
| *State or local Agency, if any* | | | |

the colleagues. I met with the Principal, I told him about my evaluation, and he agreed with her. Mrs. Overall, Assistant Principal, came to see what was going on, although it's not her job, she looked at me until I finished with Mrs. Alexander. After a couple of days in March 2021, I saw my friend Nevin Gabriel, Substitute Teacher, in the hallway as we were speaking Mrs. Overall approached us and raised her voice saying we can't talk here. We were dealt like a couple of students, I started to cry and felt like I was discriminated because both of us are Egyptians. The following day Mrs. Alexander wrote another evaluation, she changed one item and asked me to sign it and if I didn't like it, she'll keep the last evaluation and told me to write what I didn't agree with. Principal Henderson scheduled an appointment with me after I contacted the Superintendent of the Pinellas County schools and he didn't solve the problem. When I met with the Principal, he told me the teachers agreed that I didn't follow my schedule. I told him Mrs. Alexander had humiliated me got revenge without any given reason. I told him that I was a paraprofessional working with the teacher in class, I was not a Medical Behavioral Assistant working with a disabled boy one on one, the district said I had to stay in class working with all students and follow the curriculum. On April 20, 2021, I gave the Principal a doctor's note that prevented me from working with Jeremiah because he doesn't wear a mask, if he gets sick, I get sick because my immune system if problematic and I had to visit my doctor several times in seven months, and have been placed on medication for seven months, the Principal did not care what the note said. Mrs. Alexander told that my medical condition doesn't prevent me from working with Jerimiah and other students. I feel discriminated, they told me they will keep me working with Jerimiah although they know about my medical condition. I told the Principal that I would work with Jerimiah until the end of the school year. On May 10, 2021, I was working with Jerimiah Mary, in the fifth period I noticed he was behaving badly and slobbering from his mouth, he placed his hand inside his mouth, touched his tray, his body, touched me and my hair. I told him to stop, that it was yucky, and he needed to act like a big boy in high school. I left him for a couple of minutes to let him calm down, but I was in the same area closed to him. I returned to him and asked him to start his work, but he refused and would not listen to me. I told him that I would tell his teacher and his mom about his behavior and he would lose his grade. He said he didn't care, I told his teacher to call his Behavioral Specialist, Ms. Lisa Wright, I informed her of what happened, as I was explaining the situation to her said that I had to work with him, I told her that he refused and didn't listen to me. After a couple of minutes Ms. Wright called Ms. Erin Overall, Assistant Principle, who took me outside and said with a tone in her voice that I had to leave the school and not to gather with any of the students, I asked her why? Because I didn't do anything wrong and I wanted to speak with the Principal I left, she told me that he wasn't available, I insisted to speak with him, she told me again that I had to leave the school or she would call the school police officer if I didn't leave the at that moment. I said to her not to call the police that I would leave, that's when she said that I abused the boy in front of the students, she asked me where my stuff was, that she would get it, that I didn't have to return to the classroom. Mrs. Overall brought me my cell phone, I told her my other stuff were in another classroom, she said that I had 30 seconds to get it or she would call the police. After a couple of minutes, she sent the police to the classroom as if

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Nahla Tawdrous
8/17/2021

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To:
- [ ] FEPA
- [X] EEOC

Agency(ies) Charge No(s): 511-2021-01834

and EEOC

**FLORIDA COMMISSION ON HUMAN RELATIONS**
State or local Agency, if any

I was guilty of some sort of crime, I was escorted from the classroom out of the school. I felt that it was unfair, I felt discriminated, and I felt embarrassed to be walked out of the school in front of all the students and school staff, when they know that I'm a nice and kind person. Another Medical Behavior, Ms. Phillis Vinson, has hurt my feeling all the time and discriminated against me by treating me very bad, I don't know what her problem was with me. Mrs. Alexander treated me differently than she did the other employees. On May 11, 2021, I met with the Principal and he tried to get me to the school as nothing bad has happened to me. All the hurt feelings affected my health, I felt unhappy, I couldn't sleep, I've had headaches, I lost my balance and couldn't concentrate, I had to seek the help of a medical official. I complained to Mr. Taylor Henderson, Principal, Erin Overall, Assistant Principal, Ms. Lisa Wright, Behavioral Specialist, Ms. Phyllis Vinson, Medical Behavior Specialist. I don't like anyone bothering me and I would like to stay safe for a couple of days. Everyone in the school knows that I'm a nice and kind person, I never cause any problems, I deal with Jerimiah very kindly, I treat him as I do my son at home. I work hard with him, although he is moody. I have a son who has an intellectual disability and has attended Countryside High School for three years, all the teachers know him, therefore, I know I can deal with Jerimiah due to the experience I have with my son. I have been discriminated due to my national origin, race, and color in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Nahla Tawdrous
8/17/2021

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

They broke all my life and they put me in bad situation and under risk, I lost my job, I lost my only source of income, I lost my home, Family problems, I took medication for depression never take it before and I will become homeless.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/10/2021

Signature of Plaintiff: Nahla Tawdrous
Printed Name of Plaintiff: Nahla Tawdrous

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____